IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br>     Plaintiffs Judgment Creditors, <br> v. <br><br> BLAIR JOHNSON EXCAVATING INC., an Illinois corporation, <br>     Defendant Judgment Debtor, <br> And <br><br> SHERIDAN STATE BANK, <br>     Third Party Citation Respondent. | Case No.: 13 C 4297 <br><br> Judge MAROVICH |

## MOTION FOR TURNOVER ORDER

Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, (hereinafter collectively referred to as "Funds"), by and through their attorney, Jerrod Olszewski, hereby move for a Turnover Order directing Third Party Citation Respondent Sheridan State Bank to turn over the amount of $1,125.28 in partial satisfaction of the Judgment entered by this Court on September 10, 2013. In support of this Motion, Plaintiffs state as follows:

1.    On September 10, 2013, this Court entered judgment in Funds' favor and against Defendant in the amount of $4,128.47. The full amount of the judgment remains owing.

2.    A Citation to Discover Assets was issued by the court on Third Party Citation Respondent Sheridan State Bank on September 27, 2013. A true and accurate copy of the Citation is attached hereto as Exhibit A.

3.    Third Party Citation Respondent Sheridan State Bank was served with the

1

Citation to Discover Assets and responded on October 1, 2013, indicating that it was holding funds in the amount of $1,125.28 pursuant to the Citation. A true and accurate copy of Sheridan State Bank's Citation Answer is attached hereto as Exhibit B.

4. Accordingly, Funds request that this Court order Third Party Citation Respondent Sheridan State Bank to turn over the amount of $1,125.28 currently being held by it pursuant to Citation, to the Funds in partial satisfaction of the Judgment entered by this Court on September 10, 2013.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Turnover Order directing Sheridan State Bank to turn over the amount of $1,125.28 to the Funds in partial satisfaction of this Court's September 10, 2013 Judgment.

November 11, 2013

                                          Respectfully submitted,
                                          Laborers' Pension and Welfare Funds

                                          By:    /s/ Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, Plaintiffs Judgment Creditors, v. BLAIR JOHNSON EXCAVATING INC., an Illinois corporation, Defendant Judgment Debtor, And SHERIDAN STATE BANK, Third Party Citation Respondent. | Case No.: 13 C 4297<br><br>Judge MAROVICH |

## THIRD PARTY CITATION TO DISCOVER ASSETS

**Address of Judgment Debtor:**
Blair Johnson Excavating Inc.
c/o Blair Johnson, Owner
2432 N. 46th Rd.
Leland, Illinois 60531

**Name and Address of Attorney for Judgment Creditors**
Jerrod Olszewski, Office of Fund Counsel
LABORERS' PENSION AND WELFARE FUNDS
111 W. Jackson Blvd., Suite 1415
Chicago, Illinois 60602

Amount of Judgment: $4,128.47 (Judgment Order dated September 10, 2013)

**TO:** Sheridan State Bank, c/o Gregory Sheedy, President
130 Si Johnson Ave., Sheridan, IL 60551

Return date and time: Thursday, October 17, 2013 at 1:30 p.m.

Location: Laborers' Pension and Welfare Funds, Office of Funds Counsel, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604, (312) 692-1540

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

**THIRD PARTY DEPONENTS: YOU MAY NOT NEED TO APPEAR.**

1



**Plaintiffs reserve the right to take the Citation deposition, but may discharge you from appearing upon review of the documents requested. Please contact Plaintiffs' attorney to discuss fees, if any, for documentation requested prior to copying and sending documents.**

THIS COURT HAS ISSUED A CITATION AGAINST the person or party named above. This Citation directs you to appear before the above named attorney for the Plaintiffs, at 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604 on the return date stated above, to be examined under oath concerning the indebtedness owed to the Plaintiffs. This Citation is issued on the basis of a judgment against the Judgment Debtors in favor of the Judgment Creditors in the amount stated above. On or after the return date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

At the examination, you are commanded to produce with respect to the Judgment Debtors the following:

**Any funds held by the Judgment Debtor and, should there be no funds, all documents reflecting the financial status of the Judgment Debtor.**

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of or interfering with any property not exempt from execution or garnishment belonging to the Judgment Debtor to which the Judgment Creditors may be entitled or which may be acquired by or become due them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him until the further order of Court or termination of proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

The amount of income or assets that may be applied toward the judgment is limited by

2

the Court will obtain a prompt hearing from the Court and will provide the forms that must be prepared by the Judgment Debtor and sent to the Judgment Creditors and the Judgment Creditors' attorney regarding time and location of hearing. This notice may be sent by registered or first class mail regarding time and location of the hearing. This notice may be sent by registered or first class mail.

Thomas G. Bruton<br>
CLERK OF COURT<br>
DEPUTY<br>
September 27, 2013

## DECLARATION AND CERTIFICATE OF JUDGMENT CREDITORS

I, Jerrod Olszewski, attorney for the Judgment Creditors, certify to the Court under penalties

As provided by law pursuant to 735 ILCS 5/1-109, that the following is true:

1. Judgment Amount: $4,128.47
2. Balance Due: $4,128.47
3. Date of Judgment: September 10, 2013
4. Case Number: 13 C 4297
5. Court Name: U.S. District Court for the Northern District of Illinois, Eastern Division.

Jerrod Olszewski
September 27, 2013

Jerrod Olszewski
Laborers' Pension and Welfare Funds
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540
(312) 692-1489 (FAX)

4

# Sheridan*Bank*

MEMBER FDIC

*Building a Future Together*
sheridanbank.com

October 1, 2013

Jerrod Olszewski
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL 60604

RE: Blair Johnson Excavating, Inc.
    Case No.: 13 C 4297

Dear Mr. Olszewski,

We received the Third Party Citation to Discover Assets on the above referenced case today. Blair Johnson Excavating, Inc has one deposit account with a total of $1,125.28 in the account today after the garnishment processing fee of $75.00. I have enclosed a copy of the check for your reference. We will hold the funds until we receive instructions from the Court.

Please notify me as soon as possible if Sheridan State Bank is required to furnish anything else under this Third Party Citation to Discover Assets.

Sincerely,

Gregory L. Sheedy
President

Enclosures

cc: Blair Johnson Excavating, Inc.

EXHIBIT B

## CASHIER'S CHECK

48792

Blair Johnson Excavating

REMITTER Case#13 C 4297

DATE October 1, 2013

70-2218/719

PAY TO THE ORDER OF Laborer's Pension and Welfare Funds    $1,125.28

SHERIDAN STATE BANK **1,125.28**

_____ DOLLARS

**Sheridan** *Bank*
*Building a Future Together*
Sheridan, Illinois 60551

Beth Bartling

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a copy of the foregoing Motion for Turnover Order and proposed Order to be served upon the following persons via U.S. first class mail, postage prepaid, this 11th day of November, 2013:

Blair Johnson Excavating Inc.
c/o Blair Johnson, Owner
2432 N. 46th Rd.
Leland, Illinois 60531

Sheridan State Bank
c/o Gregory L. Sheedy, President
130 Si Johnson Ave.
Sheridan, Illinois 60551

/s/ Jerrod Olszewski